IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| STUART RINEHART,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW J. SALLEE and AJS HOLDINGS, LLC,<br><br>        Defendants. | No. 3:23-cv-00003-SHL-WPK<br><br>**JUDGMENT** |

The Court hereby ENTERS JUDGMENT in favor of Plaintiff and against Defendants Andrew J. Sallee ("Sallee") and AJS Holdings, LLC ("AJS") jointly and severally in the total amount of $117,488.44 plus interest in the amount of $93.91 per day after March 24, 2023, in full satisfaction of all claims made in this litigation, which will become due and payable to Plaintiff on or before May 31, 2023.

IT IS SO ORDERED.

Dated: June 1, 2023

                                                STEPHEN H. LOCHER
                                                U.S. DISTRICT JUDGE